1008

[Nos. 71953-0-I; 73150-5-I.   Division One.   March 28, 2016.]

*In the Matter of the Marriage of* JANETTE R. PEACOCK,
*Respondent*, and WILLIAM R. PEACOCK, *Appellant*.

Appeals from judgments of the Superior Court for King
County, No. 12-3-05750-1, Judith H. Ramseyer, J., entered
April 18, 2014 and February 9, 2015. *Affirmed* by unpub-
lished opinion per Cox, J., concurred in by Appelwick and
Leach, JJ.

[No. 72405-3-I.   Division One.   March 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNON GREGORY
FASTRUP, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 12-1-02303-1, Elizabeth J. Berns, J., entered
August 22, 2014. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Cox and Schindler, JJ.

[No. 72514-9-I.   Division One.   March 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS ELISHA
RUFFIN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 13-1-12348-3, Timothy A. Bradshaw, J., entered
September 19, 2014. *Affirmed* by unpublished opinion per
Cox, J., concurred in by Spearman, C.J., and Trickey, J.

[No. 72564-5-I.   Division One.   March 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. AL-PENYO
KNIAR-JAMES BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 14-1-01865-3, John H. Chun, J., entered Octo-
ber 10, 2014. *Affirmed* by unpublished opinion per Becker,
J., concurred in by Cox and Dwyer, JJ.